# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 MAY 28  PM 3:49

DEPUTY CLERK_____

RAMSEY A. KOUSSA
_____
Plaintiff

v.

IRS/FBAR
_____
Defendant

**3-19CV-1271S**
_____
Civil Action No.

## COMPLAINT

IRS/FBAR APPLIED THE MAX. PENALTY FOR HAVING A FOREIGN BANK ACCOUNT THAT MY CPA (ACCOUNTANT) DID NOT ADVISE ME TO REPORT. MY ACCOUNTANT HAS IT IN WRITING THAT HE FAILED TO ADVISE ME TO DO SO FOR LACK OF KNOWLEDGE ABOUT FOREIGN ISSUES. SINCE I DID NOT KNOW, I PRAY THE COURT WILL FIND THAT I DID NOT REPORT DUE TO "UNWILLFUL" FAILURE ON MY PART.

\* Attach additional pages as needed.

Date: MAY 28, 2019

Signature: [signed]

Print Name: RAMSEY A. KOUSSA

Address: 1445 BRITTANY WAY

City, State, Zip: ROCKWALL, TX 75087

Telephone: 214-738-5319

## Receipt 1 (left)

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

AUSTIN TX 73301
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| | $2.80   0087   12 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $0.55 |
| Total Postage and Fees | $6.85 |

Postmark Here
02/27/2019

Sent To: IRS
Street and Apt. No., or PO Box No.
City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

(Estimated Delivery Date)
(Friday 03/01/2019)

| | | |
|---|---|---|
| Certified | 1 | $3.50 |
| (@@USPS Certified Mail #) | | |
| (70180360000167863095) | | |
| Return Receipt | 1 | $2.80 |
| (@@USPS Return Receipt #) | | |
| (9590940246468323820314) | | |

otal                  $6.85
ash                   $6.85

ext your tracking number to 28777
2USPS) to get the latest status.
tandard Message and Data rates may
ply. You may also visit www.usps.com
SPS Tracking or call 1-800-222-1811.

a hurry? Self-service kiosks offer
ick and easy check-out. Any Retail
ssociate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

ll sales final on stamps and postage
efunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5752-0039-004-00025-54129-02

or scan this code with
your mobile device:

## Receipt 2 (right)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

AUSTIN TX 73301
OFFICIAL USE

7018 0360 0001 6786 3095

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| | $2.80   0087   12 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $0.55 |
| Total Postage and Fees | $6.85 |

Postmark Here
02/27/2019

Sent To: IRS
Street and Apt. No., or PO Box No.
City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
AUSTIN, TX 73301-0002

2. Article Number (Transfer from service label)
7018 0360 0001 6786 3095

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

9590 9402 4646 8323 8203 14

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
1958 RECEIVED 1958
IRS-AUSTIN, TEXAS
MAR — 2019

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

*K.* Ramsey Koussa
1445 Brittany Way
Rockwall, TX 75087

Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0002

Form **843**
(Rev. August 2011)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

Use Form 843 if your claim or request involves:
- (a) a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,
- (b) an abatement of FUTA tax or certain excise taxes, or
- (c) a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

Do not use Form 843 if your claim or request involves:
- (a) an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),
- (b) a refund of excise taxes based on the nontaxable use or sale of fuels, or
- (c) an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Name(s) | Your social security number |
|---|---|
| Ramsey A. Koussa | 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 |
| Address (number, street, and room or suite no.) | Spouse's social security number |
| 1445 Brittany Way | N/A |
| City or town, state, and ZIP code | Employer identification number (EIN) |
| Rockwall, TX 75087 | N/A |
| Name and address shown on return if different from above<br>N/A | Daytime telephone number<br>214-738-5319 |

**1 Period.** Prepare a separate Form 843 for each tax period or fee year.
From **January 1, 2013** to **December 31, 2013**

**2 Amount** to be refunded or abated:
$ **109,676.72**

**3 Type of tax or fee.** Indicate the type of tax or fee to be refunded or abated or to which the interest, penalty, or addition to tax is related.
☐ Employment   ☐ Estate   ☐ Gift   ☐ Excise   ☑ Income / FBAR Penalty   ☐ Fee

**4 Type of penalty.** If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section: **31-USC 5321**

**5a Interest, penalties, and additions to tax.** Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)
☐ Interest was assessed as a result of IRS errors or delays.
☑ A penalty or addition to tax was the result of erroneous written advice from the IRS.
☐ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b** Date(s) of payment(s) ▶ **December 17, 2018 (Please see attached cancelled bank check)**

**6 Original return.** Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.
☐ 706   ☐ 709   ☐ 940   ☐ 941   ☐ 943   ☐ 945
☐ 990-PF   ☐ 1040   ☐ 1120   ☐ 4720   ☑ Other (specify) ▶ **FBAR/FINCEN Form 114**

**7 Explanation.** Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

1. I respectfully disagree with the outcome as specified in IRS Letter 5143 dated June 25, 2018. Please see attached the IRS letter.
2. I have made full payment as required by the IRS reference the FABR penalty. Please see attached cancelled check.
3. Please mail me the IRS "Disallowance" letter, on an urgent basis.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

_[signature]_   Date **FEB. 27, 2019**
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)

Signature (spouse, if joint return)   Date

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 10180R   Form **843** (Rev. 8-2011)



**Department of the Treasury
Internal Revenue Service
Appeals Office**
8700 Tesoro Dr., Suite 201
Stop 8000SANC
San Antonio, TX 78217

Date: 6-25-18

Person to contact:
  Name: Douglas E King
  Employee ID Number: 7420525
  Phone: 210-841-2118
  Fax: 855-536-6411
  Hours: 9:00 - 5:45 CST
Re:
  Foreign Bank Account Reporting
Tax periods ended:
  12/2013
Amount of assessed penalties:
  $100,000

RAMSEY KOUSSA
1445 BRITTANY WAY
ROCKWALL, TX 75087

Dear Ramsey Koussa:

I completed my review of your request to adjust the Report of Foreign Bank and Financial Accounts (FBAR) penalties the IRS proposed and/or assessed against you. Based on the facts presented, I find no basis for removal of the penalties for the reasons I explain below. The Appeals Office has closed your case.

**Reason for sustained penalty**
Based on a review of Exam's administrative file, your protest, and your submissions, Appeals has sustained Exam's determination that you willfully failed to timely file an FBAR for tax year 2013. You were required to disclose ownership of your account at a foreign bank and file an FBAR for the year. Affirmative actions that establish a willful violation include, but are not limited to, you did not disclose on Form 1040 for tax year 2013 that you had an interest in or a signature or other authority over a financial account in a foreign country; you did not disclose foreign account information to the return preparer; and, you signed your tax return under penalty of perjury. The arguments you presented verbally and in writing do not support a different determination.

**What to do if you don't agree**
If you don't agree with this determination, you may be able to seek recovery of FBAR penalties that were previously paid by filing suit in the United States District Court or the United States Court of Federal Claims. For information about procedures for filing suit, contact the clerk of your United States District Court or the United States Court of Federal Claims.

If you have additional questions, contact the person whose name and telephone number are shown above.

Thank you for your cooperation.

Sincerely,

*[signature]*

Anita R Allis
Appeals Team Manager

Enclosures: None

cc: GARRETT GREGORY, ESQ.

Letter 5143 (Rev. 2-2017)
Catalog Number 61656M

# CHASE PRIVATE CLIENT

Printed from Chase Private Client

**Check**

Front



Back



**Post date**       **Check #**       **Check amount**

Dec 17, 2018        1006              $109,676.72

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**RECEIVED MAY 28 2019 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS**

## I. (a) PLAINTIFFS
RAMSEY A. KOUSSA

**(b)** County of Residence of First Listed Plaintiff: ROCKWALL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
1445 BRITTANY WAY
ROCKWALL, TX 75087

## DEFENDANTS
IRS/FBAR

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**3-19CV-1271S**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☑ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS - PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: REFUND & REQUEST FOR ABATEMENT OF PENALTIES

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: MAY 28, 2019
SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____